OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



ZIP 787
$ 000.26
0001401623 MAY 28 2015

**5/27/2015**                                                **COA Case No. 04-14-00099-CR**
**RODRIGUEZ, RODOLFO MATA    Tr. Ct. No. 2013CR4828          PD-0631-15**
On this day the Appellant's Pro Se motion for extension of time to file petition for
discretionary review has been denied.

Abel Acosta, Clerk

RODOLFO MATA RODRIGUEZ
TDC# 1912187

GARZA WEST UNIT
4304 HIGHWAY 202
BEEVILLE, TX 78102-8981